558

*Jacob W. Friedman, Joseph J. Weiss* and *A. L. Weiss* for appellants.

*Monroe J. Weinstein* and *Sidney Zasuly* for respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.

In the Matter of LAWRENCE PETERSON, Appellant, against L. BARRON HILL, as District Attorney of Suffolk County, et al., Respondents.

In the Matter of JOSHUA D. BUDD, Appellant, against L. BARRON HILL, as District Attorney of Suffolk County, et al., Respondents.

(Argued October 2, 1936; decided October 20, 1936.)

*Michael A. Petroccia* and *George A. Gibson* for appellants.
*Guy O. Walser, L. Barron Hill, District Attorney* (in person), and *Howard J. Grace* for respondents.

Orders affirmed, without costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN. HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.

MARION O'BRIEN, Respondent, *v.* DENIS DONEGAN, Appellant.

(Argued October 2, 1936; decided October 20, 1936.)